UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

          v.

$189,019.92 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT CHEMICAL BANK IN ACCOUNT NUMBER 172-062-4282-65 HELD IN THE NAME OF SAB MEDICAL EQUIPMENT SALES CORP.,

$48,783.40 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT CHEMICAL BANK IN ACCOUNT NUMBER 172-063-3648-65 HELD IN THE NAME OF LECHIUM MEDICAL SUPPLY CORP.,

$294.00 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT CHEMICAL BANK IN ACCOUNT NUMBER 294-061-802-01 HELD IN THE NAME OF JOANNE DELPONTE BONANNO,

$729.79 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT CHEMICAL BANK IN ACCOUNT NUMBER 294-061-8024-65 HELD IN THE NAME OF JOANNE DELPONTE BONANNO,

$76,716.51 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT SMITH BARNEY IN ACCOUNT NUMBER 101-25066-12 HELD IN THE NAME OF STEVEN A. BONANNO,

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-22-21

20-CV-5101 (RA)

JUDGMENT OF FORFEITURE

| |
|---|
| $46,333.69 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT SMITH BARNEY IN ACCOUNT NUMBER 101-30466-18 HELD IN THE NAME OF STEVEN A. BONANNO, ACCOUNT FOR MICHELLE BONANNO, |
| $53,072.52 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT SMITH BARNEY IN ACCOUNT NUMBER 101-30465-19 HELD IN THE NAME OF STEVEN A. BONANNO, ACCOUNT FOR NICOLE BONANNO, |
| Defendants-*in-rem*. |

RONNIE ABRAMS, United States District Judge:

WHEREAS, on or about July 2, 2020, the United States commenced an in rem forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A);

WHEREAS, notice of the Verified Complaint against the Defendants-in-rem was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on August 7, 2020 through September 5, 2020, and proof of such publication was filed with the Clerk of this Court on December 3, 2020 (D.E. 3);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about July 29, 2020, a Verified Complaint for Forfeiture was sent by Federal Express to the following:

>Harry Ullrich
>Locust Grove, GA 30248
>
>SAB Medical Equipment Sales Corp.
>309 5th Avenue, Ste. 451
>Brooklyn, NY 11215
>
>Lechium Medical Supply Corp.
>360 Central Avenue
>Lawrence, NY 11559
>
>Joanne Delponte Bonanno
>Middletown, NY 10940
>
>Harold Siegel
>Eastchester, NY 10709

(the "Noticed Parties");

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired; and

WHEREAS, the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest in the Defendants-*in-rem*;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and

Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

SO ORDERED.

Dated:   March 22, 2021
         New York, New York

RONNIE ABRAMS
United States District Judge